UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
# APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** 16-1325 as

[✓] Retained  [ ] Court-appointed(CJA)  [ ] Court-assigned(non-CJA)  [ ] Federal Defender  [ ] Pro Bono  [ ] Government

COUNSEL FOR: Howard Bank

_____ as the
(party name)

[ ] appellant(s)  [✓] appellee(s)  [ ] petitioner(s)  [ ] respondent(s)  [ ] amicus curiae  [ ] intervenor(s)  [ ] movant(s)

(signature)

Craig B. Leavers
Name (printed or typed)

Hofmeister, Breza & Leavers
Firm Name (if applicable)

11350 McCormick Rd., Plaza III, Ste 1300

Hunt Valley, Maryland 21031
Address

(410) 828-4442
Voice Phone

(410) 832-8833
Fax Number

CraigL@HBLlaw.com
E-mail address (print or type)

## CERTIFICATE OF SERVICE

I certify that on March 30, 2016 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Arlene A. Smith-Scott
367 Main Street
Laurel, Maryland 20707
(Pro Se Appellant)

Orbie R. Shively, Esq.
George W. Liebmann, Esq.
Liebmann & Shively, P.A.
8 West Hamilton Street
Baltimore, Maryland 21201
(Attorney for Chapter 7 Trustee)

Signature                                   3/30/16
                                            Date

01/19/2016 SCC