# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO. __16-1325__ as

[✓] Retained  [ ] Court-appointed(CJA)  [ ] Court-assigned(non-CJA)  [ ] Federal Defender  [ ] Pro Bono  [ ] Government

COUNSEL FOR: George W. Liebmann, Chapter 7 Trustee in bankruptcy of

Arlene A. Smith-Scott _____ as the
(party name)

[ ] appellant(s)  [✓] appellee(s)  [ ] petitioner(s)  [ ] respondent(s)  [ ] amicus curiae  [ ] intervenor(s)  [ ] movant(s)

_____
(signature)

Orbie R. Shively
Name (printed or typed)

Liebmann & Shively, P.A.
Firm Name (if applicable)

8 West Hamilton Street

Baltimore, MD 21201
Address

410-752-5887
Voice Phone

410-539-3973
Fax Number

oshively@lspa.comcastbiz.net
E-mail address (print or type)

## CERTIFICATE OF SERVICE

I certify that on __April 7, 2016__ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Arlene A. Smith-Scott, Esq., Strategic Law Group; Walter R. Kirkman, Esq., Ober, Kaler, Grimes & Shriver; Craig Leavers, Esq., Hofmeister, Breza & Leavers

Alan Perlman, Esq., Roetzel & Andress, 350 Las Olas Boulevard, Las Olas Centre II, Ste. 1150, Fort Lauderdale, FL 33303-0310
Gary C. Adler, Esq., Clark Hill PLC, 601 Pennsylvania Avenue, NW, Suite 100, North Building, Washington, DC 20004

/s/ Orbie R. Shively
Signature

April 7, 2016
Date

01/19/2016 SCC