# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

No. 16-1325
(1:15-cv-03423-RDB)

**ARLENE A. SMITH-SCOTT,**

Appellant,

v.

**GEORGE W. LIEBMANN, TRUSTEE, et al.,**

Appellees.

## NOTICE OF JOINDER TO TRUSTEE'S MOTION TO DISMISS APPEAL

Appellee, Howard Bank, successor-in-interest to The Patapsco Bank, hereby files this line noting its consent to the relief sought by Appellee George W. Liebmann in his motion seeking to dismiss this appeal [Doc. No. 13-1] (the "Motion to Dismiss"). As stated in the Motion to Dismiss, Appellant failed to file a brief, timely or otherwise, in the appeal below with the United States District Court for the District of Maryland. As such, Appellant has failed to preserve issues in this appeal.

WHEREFORE, for the foregoing reasons, Appellee Howard Bank respectfully requests that this Court enter an order:

1

(A) Dismissing the above-captioned appeal; and

(B) Granting such other and further relief as equity and justice may require.

    /s/ Craig B. Leavers
Craig B. Leavers, Bar No. 26914
HOFMEISTER, BREZA & LEAVERS
11350 McCormick Road
Executive Plaza III, Suite 1300
Hunt Valley, Maryland 21031
(410) 832-8822 ext. 208

*Attorney for Appellee, Howard Bank*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of June, 2016, a copy of the foregoing was served on the parties listed below by first-class mail, unless said party is a registered CM/ECF participant and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party.

Arlene A. Smith-Scott
367 Main Street
Laurel, Maryland 20707
*(Pro Se Appellant)*

Orbie R. Shively, Esq.
George W. Liebmann, Esq.
Liebmann & Shively, P.A.
8 West Hamilton Street
Baltimore, Maryland 21201
*(Attorney for Appellee, George W. Liebmann)*

| | |
|---|---|
| Gary C Adler, Esq.<br>Clark Hill PLC<br>601 Pennsylvania Avenue, NW<br>Suite 1000, North Building<br>Washington, DC 20004<br>*(Attorney for Appellee, U.S. Bank, N.A.)* | Office of the United States Trustee<br>ATTN:  Edmund A. Goldberg<br>101 W. Lombard Street, Ste. 2625<br>Baltimore, Maryland 21201<br>*(Attorney for Appellee,*<br>     *Office of the United States Trustee)* |
| Alan Perlman, Esq.<br>Roetzel & Andress<br>350 Las Olas Boulevard<br>Las Olas Centre II, Ste. 1150<br>Fort Lauderdale, FL 33303-0310<br>*(Attorney for Appellee, U.S. Bank, N.A.)* | |

  /s/ Craig B. Leavers
Craig B. Leavers